**Gabriel ARMENDARIZ, Plaintiff-Appellant,**

v.

**Jeff AURICCHIO, Defendant-Appellee.**

**No. 17-15752**

United States Court of Appeals, Ninth Circuit.

Submitted October 23, 2017 *

Filed November 1, 2017

Gabriel Armendariz, Pro Se

Michele Molinario, Lori Lea Voepel, Attorneys, Donald L. Myles, Jr., Esquire, Attorney, Jones, Skelton & Hochuli, P.L.C., Phoenix, AZ, for Defendant-Appellee

Before: LEAVY, WATFORD, and FRIEDLAND, Circuit Judges.

MEMORANDUM **

Gabriel Armendariz appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging false arrest. We have jurisdiction under 28 U.S.C. § 1291. We affirm.

Because Armendariz failed to raise any arguments regarding the basis for the district court's grant of summary judgment, he has waived any such challenge on appeal. *See Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir. 1999) ("[O]n appeal, arguments not raised by a party in its opening brief are deemed waived."); *Greenwood v. FAA*, 28 F.3d 971, 977 (9th Cir. 1994) ("We will not manufacture arguments for an appellant....").

We do not consider arguments or allegations raised for the first time on appeal. *See Smith*, 194 F.3d at 1052 ("As a general rule, we will not consider arguments that are raised for the first time on appeal.").

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.